## DELAVINA *v.* HILL.

A sale of cigars is not rendered illegal by the vendor's knowledge that the vendee is engaged in the illegal sale of liquor, and intends to sell the cigars at the bar of his saloon in connection with his liquor traffic.

ASSUMPSIT, for cigars sold and delivered. Facts agreed. The defendant is the keeper of a saloon and bar in Portsmouth. Cigars were bought by him, in his saloon, of the plaintiff's agent, who knew that the defendant intended to sell them there in connection with his illegal liquor traffic. The defendant sold some of them, without profit, to promote his liquor business, and gave the rest to his customers for the same purpose.

*J. Hatch*, for the plaintiff.

*S. W. Emery*, for the defendant.

DOE, C. J. The sale of cigars by the plaintiff to the defendant was not rendered illegal by the plaintiff's knowledge that the defendant would dispose of them at his bar for the advancement of his illegal business. *Bliss* v. *Brainard,* 41 N. H. 256, 268; *Hill* v. *Spear,* 50 N. H. 253; *Bixby* v. *Moor,* 51 N. H. 402; *Corning* v. *Abbott,* 54 N. H. 469; *Fuller* v. *Leet,* 59 N. H. 163; *Dunbar* v. *Locke,* 62 N. H. 442; *Jones* v. *Surprise,* 64 N. H. 243; *Fisher* v. *Lord,* 63 N. H. 514.

*Judgment for the plaintiff.*

CARPENTER, J., did not sit: the others concurred.